

lides, Chicago, IL, for Defendant–Appellant.

William D. Barwick, Drew David Dropkin, Juanita Passyn, Sutherland, Asbill & Brennan, Atlanta, GA, Plaintiff–Appellee.

Before CARNES, HULL and WILSON, Circuit Judges.

Before DUBINA, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Cynthia Maisano, appointed counsel for Gina Mitchelle Carroll in this direct criminal appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carroll's conviction and sentence are **AFFIRMED**.

PER CURIAM:

After review and careful consideration, we affirm the district court's grant of Plaintiff–Appellee Southwire Company's motion for summary judgment and denial of Defendant–Appellant National Union Fire Insurance Company of Pittsburgh, PA's motion for summary judgment on the breach of contract and prejudgment interest counts for the reasons outlined in the district court's thorough and well-reasoned order dated July 24, 2008.

**AFFIRMED.**

**SOUTHWIRE COMPANY,**
Plaintiff–Appellee,

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,** Defendant–Appellant.

No. 08–14973
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 29, 2009.

Stephen James Rapp, John C. Bonnie, Weinberg, Wheeler, Hudgins, Gunn & Dial, Atlanta, GA, Chip G. Schoneberger, Bates & Carey LLP, Barbara I. Michae-

**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Mario Dwayne MURELL,**
Defendant–Appellant.

No. 08–16422
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 29, 2009.

Mario Dwayne Murell, Atlanta, GA, pro se.